UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:11-CV-62433-DLG

FLORENCE LUNDE,

    Plaintiff,

vs.

BRAVO BRIO RESTAURANT GROUP, INC., a Foreign Profit Corporation d/b/a BRIO TUSCAN GRILLE, and AD PEMBROKE LAND COMPANY, LLC, a Foreign Limited Liability Company,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

COME NOW, Plaintiff Florence Lunde and Defendant Bravo Brio Restaurant Group, Inc., by and through their respective undersigned Counsel, and notify the Court that they have reached a settlement agreement of all claims and issues that were or could have been raised by the Plaintiff again Defendant Bravo Brio Restaurant Group in this lawsuit.

**DATED** on this the 27th day of February, 2012.

| *Respectfully submitted,* | *Respectfully submitted,* |
|---|---|
| s/ Ronald E. Stern | s/ Heather B. Brock |
| Ronald E. Stern | Heather B. Brock |
| Florida Bar No.: 0010089 | Florida Bar No.: 0003182 |
| Email: *ronsternlaw@gmail.com* | Email: *hbrock@fowlerwhite.com* |
| THE ADVOCACY LAW FIRM, P.A. | FOWLER WHITE BOGGS P.A. |
| 1250 E. Hallandale Beach Blvd., Suite 503 | 1200 East Las Olas Boulevard, Suite 500 |
| Hallandale Beach, FL 33009 | Fort Lauderdale, Florida 33301 |
| Telephone: (954) 639-7016 | Telephone: (954) 703-3930 |
| Facsimile: (954) 639-7198 | Facsimile: (954) 707-4548 |
| *Attorneys for Plaintiff Florence Lunde* | *Attorneys for Bravo Brio Restaurant Group, Inc.* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this the 27th day of February, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  **I FURTHER CERTIFY** that the foregoing document is being served this day on all counsel of record or *pro se* parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/  Heather B. Brock
Heather B. Brock

## SERVICE LIST

Ronald E. Stern
Florida Bar No.:  0010089
Email: *ronsternlaw@gmail.com*
THE ADVOCACY LAW FIRM, P.A.
1250 E. Hallandale Beach Blvd., Suite 503
Hallandale Beach, FL 33009
Telephone:     (954) 639-7016
Facsimile:      (954) 639-7198

*Attorneys for Plaintiff Florence Lunde*

Heather B. Brock
Florida Bar No.:  0003182
Email:  *hbrock@fowlerwhite.com*
FOWLER WHITE BOGGS P.A.
1200 East Las Olas Boulevard, Suite 500
Fort Lauderdale, Florida  33301
Telephone:     (954) 703-3930
Facsimile:      (954) 707-4548

*Attorneys for Bravo Brio Restaurant Group, Inc.*

Daniel J. Santaniello
Florida Bar No.:  0860948
Email:  *ksantaniello@ls-law.com*
K. Stuart Goldberg
Florida Bar No.:  0454745
Email: *sgoldberg@ls-law.com*
LUKS SANTANIELLO PETRILLO & JONES
The 110 Tower, 20th Floor
110 Southeast Sixth Street
Fort Lauderdale, Florida  33301
Telephone:     (954) 761-9900
Facsimile:      (954) 761-9940

*Attorneys for Defendant AD Pembroke Land Company, LLC*