UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62433-CIV-GRAHAM/GOODMAN

FLORENCE LUNDE,

    Plaintiff,

v.

BRAVO BRIO RESTAURANT GROUP, et al.,

    Defendants.
_____/

## SETTLEMENT CONFERENCE STATUS REPORT

On March 1, 2012, the Undersigned conducted a mediation and settlement conference in the above-captioned action. The case did not settle.

**DONE** in Chambers at Miami, Florida, this 1st day of March, 2012.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
Hon. Donald L. Graham
All counsel of record